UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KOZLOWSKI,<br><br>Defendant. | Case No. 2:03-cr-00341-RCJ-RJJ<br><br>**ORDER** |

Based on the above points and authorities and good cause appearing therefore, the **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** is hereby granted.

**IT IS HEREBY ORDERED** that the term of supervised release be terminated.

Dated this 20th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE